# CARDOZO LAW

**BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY**

## KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC

**Peter L. Markowitz,** *Co-Director*
*Professor of Law*

**Lindsay Nash,** *Co-Director*
*Professor of Law*

**Elizabeth Wu**
*Senior Staff Attorney*

**Gina Starfield**
*Clinical Teaching Fellow*

(646) 592-6416
Fax   (212) 790-0256

March 30, 2026

**<u>VIA ECF</u>**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

> Re:     *Kathryn O. Greenberg Immigration Justice Clinic v. U.S. Immigration and Customs Enforcement*, 26-cv-1962 (AS)

Dear Judge Subramanian:

We write on behalf of both parties in the above-referenced action in response to the Court's March 12, 2026, Notice of Initial Pretrial Conference, ECF No. 11, which, *inter alia*, directed the parties to confer, file a joint letter and proposed civil case management plan and scheduling order no later than April 1, 2026, and appear before the Court for an initial pretrial conference at 4:30 p.m. on April 7, 2026.

The Court has ordered that the parties prepare a proposed civil case management plan and scheduling order consistent with the Court's individual rules. We respectfully request that we be relieved of this obligation. Because this is an action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), it is not generally subject to civil discovery. *See Carney v. U.S. Dep't of Just.*, 19 F.3d 807, 812 (2d Cir. 1994). At this juncture, the parties anticipate that this case will be resolved either through the parties' agreement or by the submission of cross-motions for summary judgment concerning the adequacy of the agency's search and/or any withholdings or redactions made by the agency. *See id*. Accordingly, most of the fields in the proposed civil case management plan are not applicable to this case. For these reasons, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York exempt FOIA cases from the Rule 16 requirement. *See* Local Civil Rule 16.1.

The Court has also ordered the parties to file a joint letter containing information about this case no later than April 1, 2026, and to appear for an initial pretrial conference on April 7, 2026. We respectfully request that the Court extend the deadline for that joint letter to April 22, 2026, to allow

counsel for the parties to continue to meet and confer about certain threshold issues, such as the impact, if any, of the current lapse in appropriations and the extent to which non-furloughed employees may be able to identify and collect responsive records. For the same reason, we respectfully request that the Court adjourn the initial pretrial conference *sine die.* The parties will plan to address, in their joint letter, whether one or both parties believe a conference would be helpful at that time.

The parties have not previously requested any adjournments or extensions of the deadlines imposed by the March 12, 2026, Notice of Initial Pretrial Conference. The April 17, 2026, deadline for the defendant to serve its answer to the complaint, *see* 5 U.S.C. § 552(a)(4)(C), is the only other deadline in this case.

The parties thank the Court for its consideration of these requests.

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 30, 2026

Respectfully,

*/s/ Lindsay Nash*
Lindsay Nash
Jensen Bee, Law Student*
Jenny Kam, Law Student*
Lauren Kim, Law Student*
Bhargav Nannapaneni, Law Student*
Kathryn O. Greenberg Immigration Justice Clinic
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Rm. 1108
New York, NY 10003
646-592-6538
lindsay.nash@yu.edu

*Counsel for Plaintiff*

*Notice of Law Student Intern Appearance
 Forms Pending

cc (via email): Counsel for Defendant

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ ) | |
| KATHRYN O. GREENBERG ) | |
| IMMIGRATION JUSTICE CLINIC, ) | |
| ) | Civil Action No. 26-cv-1962 |
| Plaintiff, ) | |
| ) | |
| v. ) | **Certificate of Service** |
| ) | |
| U.S. IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Lindsay Nash, hereby declare as follows:

1. I am not a party to this action. I am a professor of law at Benjamin N. Cardozo School of Law, a co-director of the Kathryn O. Greenberg Immigration Justice Clinic, and a member in good standing of the bar of New York.

2. On March 30, 2026, I sent a true and correct copy of the parties' March 30, 2026, letter-motion seeking an extension of time and an adjournment to counsel for the defendant at Jacob.Lillywhite@usdoj.gov. Counsel for the defendant consented, in writing, to service of this March 30, 2026, letter-motion by email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2026

/s/ Lindsay Nash

Lindsay Nash
Kathryn O. Greenberg Immigration Justice Clinic
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Rm. 1108
New York, NY 10003
(646) 592-6538
lindsay.nash@yu.edu