CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC

**Peter L. Markowitz,** *Co-Director*
*Professor of Law*

**Lindsay Nash,** *Co-Director*
*Professor of Law*

**Gina Starfield**
*Clinical Teaching Fellow*

**Allison Mandeville**
*Clinical Teaching Fellow*

(646) 592-6416
Fax (212) 790-0256

August 5, 2026

**VIA ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Kathryn O. Greenberg Immigration Justice Clinic v. U.S. Immigration and Customs Enforcement*, 26-cv-1962 (AS)

Dear Judge Subramanian:

I write respectfully on behalf of the parties to this Freedom of Information Act ("FOIA") case to provide our joint status report and to request leave to file the next joint status report by August 24, 2026.

As described in the parties' letters of June 8, 2026 (ECF No. 24) and July 8, 2026 (ECF No. 27), defendant U.S. Immigration and Customs Enforcement ("ICE") agreed to process documents at a rate of 1,000 pages per month, provided it has records in its review queue (in response to its searches). ICE produced one spreadsheet on May 29, 2026, and another spreadsheet on July 1, 2026. On August 3, 2026, ICE produced 104 responsive pages and reproduced the spreadsheet that it had previously produced in July with modifications. In reprocessing this spreadsheet, ICE removed some of the disputed redactions but did not remove all of the redactions that it had agreed to remove.

The parties continue to disagree as to whether ICE has met the agreed-upon dates and processing rate in connection with those productions. In its August 3 production, ICE indicated that it had processed 1,000 pages that month, and then produced 104 pages and a spreadsheet. ICE has not yet explained to Plaintiff what it has done with the remaining 895 pages it represents that it has reviewed. ICE has not yet reprocessed the spreadsheet produced in May as it agreed to do, it has not reprocessed the July spreadsheet consistent with the parties' agreement, and other redactions remain in dispute. The parties are continuing to meet and confer in an attempt to

resolve disputes about redactions, the agency's rate of processing pursuant to the parties' agreement, and the agency's search for responsive records.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Gina Starfield*
Gina Starfield
Lindsay Nash
Kathryn O. Greenberg Immigration Justice Clinic
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Room 1108
New York, NY 10003
Tel.: (646) 592-6666
E-mail: gina.starfield@yu.edu

*Counsel for Plaintiff*

cc (via ECF): Counsel for Defendant