CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC

**Peter L. Markowitz,** *Co-Director*
*Professor of Law*

**Lindsay Nash,** *Co-Director*
*Professor of Law*

**Gina Starfield**
*Clinical Teaching Fellow*

**Allison Mandeville**
*Clinical Teaching Fellow*

(646) 592-6416
Fax (212) 790-0256

August 24, 2026

**VIA ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Kathryn O. Greenberg Immigration Justice Clinic v. U.S. Immigration and Customs Enforcement*, 26-cv-1962 (AS)

Dear Judge Subramanian:

I write respectfully on behalf of the parties to this Freedom of Information Act ("FOIA") case to provide our joint status report and to request leave to file the next joint status report by September 14, 2026.

As described in the parties' letters of June 8, 2026 (ECF No. 24), July 8, 2026 (ECF No. 27), and August 5, 2026 (ECF No. 28), defendant U.S. Immigration and Customs Enforcement ("ICE") agreed to process documents at a rate of 1,000 pages per month, provided it has records in its review queue (in response to its searches). As described in prior status reports, ICE produced one spreadsheet on May 29, 2026, and another spreadsheet on July 1, 2026. On August 3, 2026, ICE issued the production that was due by July 31, 2026. That production contained 104 responsive pages and a reproduced spreadsheet that ICE had previously produced in July with modifications. In reprocessing this spreadsheet, ICE removed some of the disputed redactions but did not remove all of the redactions that it had agreed to remove.

The parties have continued to confer. ICE has agreed to lift certain disputed redactions, to review and segregate records it had previously produced with blanket redactions, and to reproduce its May spreadsheet, July spreadsheet, and the 104 pages. This week, ICE reproduced the July spreadsheet, which Plaintiff is in the process of reviewing. ICE has stated that it will reproduce the May spreadsheet and the 104 pages previously produced this week. ICE has also indicated that it will make its monthly production of non-exempt records from the agreed-upon processing rate of 1,000 pages of records per month, which is due by August 31, 2026.

The parties continue to disagree as to whether ICE has satisfied the agreed-upon dates and processing rate and whether the agency is adequately searching for responsive records. The parties are continuing to meet and confer in an attempt to resolve these disputes.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Gina Starfield*
Gina Starfield
Lindsay Nash
Kathryn O. Greenberg Immigration Justice Clinic
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Room 1108
New York, NY 10003
Tel.: (646) 592-6666
E-mail: gina.starfield@yu.edu

*Counsel for Plaintiff*

cc (via ECF): Counsel for Defendant