UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC,
Plaintiff,

-against-

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
Defendant.

26-CV-1962 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record, the Court orders that ICE complete all headquarters-level searches by October 31, and field-office searches by December 15. In the meantime, ICE will process documents at a rate of 1,500 pages per month. Reproductions of documents (e.g., with redactions removed) will not count towards this total. And for spreadsheets, 500 cells will equal one page. After December 15, ICE should know how many total documents are going to be produced here, so we can revisit the processing rate at that time. By January 8, 2027, the parties should meet and confer and submit a joint-**letter-motion** regarding the path forward. If there are any disputes, the letter should include a brief statement as to each party's position.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge